UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| YAISELIS MOREIRA | § § | |
| V. | § § | CASE NO. 5:24-CV-00187-JRG-JBB |
| NORSTAR TRAILERS, LLC | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. The July 29, 2025 Report and Recommendation of the Magistrate Judge (Dkt. No. 23) which contains his proposed findings of fact and recommendations for the disposition of Defendant Norstar Trailer, LLC's Rule 12(b)(6) Motion to Dismiss (Dkt. No. 9) has been presented for consideration. The Magistrate Judge recommends Defendant's motion be denied.

No objections to the Report and Recommendation were filed. Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Court of the Magistrate Judge's findings, conclusions, and recommendations; and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report of the Magistrate Judge. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where

no objections to a Magistrate Judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. No. 23) is **ADOPTED** as the opinion of the District Court. It is further **ORDERED** that Defendant Norstar Trailer, LLC's Rule 12(b)(6) Motion to Dismiss (Dkt. No. 9) is **DENIED**.

**So ORDERED and SIGNED this 14th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE